STEVEN G. KALAR
Federal Public Defender
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant LIEGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NICHOLAS LIEGEL, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 13 - 449 WHO <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

The parties are awaiting the return of DNA results for certain items of evidence relevant to the disposition of this case. Because the parties cannot effectively proceed with negotiations until this evidence is received and reviewed, the parties jointly request that this matter be continued for four weeks to allow the testing to be completed. They make this request in writing so that the defendant, who lives in Eureka, will not have to travel to San Francisco for a short hearing addressing this continuance request.

The parties further stipulate that all time between now and the next appearance shall be deemed excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) in order to allow for the effective preparation of counsel.

CR 13-449 WHO- Stip to Continue

1     IT IS THEREFORE STIPULATED that this matter shall be continued until November 14, 2013 at 1:30 for setting, and that all time be excluded under the Speedy Trial Act.

Date: 10/16/2013                      _____/S/_____
                                                       GEOFFREY A. HANSEN
                                                       Counsel for Nicholas Liegl

Date: 10/16/2013                      _____/S/_____
                                                         RANDALL LUSKEY
                                                       Assistant United States Attorney

**IT IS SO ORDERED.**

Date: October 16, 2013           _/s/ W.H. Orrick_____
                                                        WILLIAM H. ORRICK
                                                        UNITED STATES DISTRICT COURT JUDGE